## 37480. PATTERSON v. THE STATE.

MARSHALL, Justice.

In this case, the appellant was convicted of multiple counts of bribery under Code Ann. § 26-2301 (2), and he was also convicted of one count of criminal use of an article with an altered identification mark under Code Ann. § 26-1506 (a).

Jurisdiction of this appeal in this court is predicated on the appellant's attacks on the constitutionality of §§ 26-1506 and 26-2301. However, the appellant has withdrawn the enumeration of error in which the constitutionality of § 26-1506 is attacked. And in *King v. State,* 246 Ga. 386 (2) (271 SE2d 630) (1980), we have recently upheld the constitutionality of § 26-2301 against the argument that it is unconstitutionally vague, which is the basis for the constitutional attack here.

Accordingly, the appeal must be transferred to the Court of Appeals.

*Appeal transferred. All the Justices concur.*

Decided June 23, 1981.

*Charles D. Read, Jr.,* for appellant.

*Robert Keller, District Attorney, Jack T. Wimbish, Jr., Assistant District Attorney, Arthur K. Bolton, Attorney General, Mary Beth Westmoreland, Assistant Attorney General,* for appellee.